1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAGHVENDRA SINGH,                          No.  2:23-cv-00055-DAD-DMC (PC)

12                    Plaintiff,

13          v.                                    ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS AND DISMISSING
14    SACRAMENTO COUNTY, et al.,                  THIS ACTION

15                    Defendants.                 (Doc. No. 18)

16

17          Plaintiff Raghvendra Singh is a former state prisoner proceeding *pro se* and *in forma*

18    *pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred

19    to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 25, 2024, the assigned magistrate judge dismissed plaintiff's first amended

21    complaint with leave to amend and granted plaintiff leave to file a second amended complaint

22    within sixty (60) days.  (Doc. No. 15.)  On September 4, 2024, plaintiff filed a motion to appoint

23    counsel which, on November 14, 2024, the assigned magistrate judge denied and extended the

24    time for plaintiff to file a second amended complaint to within thirty (30) days from the date of

25    entry of that order.  (Doc. Nos. 16, 17.)  Plaintiff did not file a second amended complaint and to

26    date still has not done so.  Accordingly, on January 16, 2025, the magistrate judge issued findings

27    and recommendations recommending that this action be dismissed, without prejudice, due to

28    plaintiff's failure to prosecute this action.  (Doc. No. 18.)  The findings and recommendations

were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To date, plaintiff has not filed any objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 16, 2025 (Doc. No. 18) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 25, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2